### E. J. JOINER v. THE STATE.

No. 2967.    Decided January 28, 1914.

**Illegal Voting—Statement of Facts—County Court.**
    Where the statement of facts and bills of exception were not filed within time, they could not be considered on appeal.

Appeal from the County Court of Baylor. Tried below before the Hon. T. J. North.

Appeal from a conviction of illegal voting; penalty, a fine of $1.

The opinion states the case.

*D. F. Goss,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of illegally voting. Court adjourned on 20th day of September, 1913. The statement of facts was filed on 17th day of October, more than twenty days after the

adjournment of court; and the bills of exception were filed on the 19th day of October. Under the decisions the evidence and the bills of exception can not be considered on this appeal. Without these the matters set up in the motion for a new trial can not be considered.

The judgment will therefore be affirmed.

*Affirmed.*